**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00346-GPG

ANTHONY LOLIN JIMENEZ, SR.,

    Plaintiff,

v.

JOHN SUTHERS (Official Capacity as Mayor) (Individual/Administrative Capacity),
DAN MAY (Official Capacity as District Attorney) (Individual/Administrative Capacity), and
JEANNIE SMITH (Official Capacity as Former District Attorney) (Individual/Administrative
    Capacity),

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    This matter is before the court on Plaintiff's "Motion for Removal and Assign Additional Parties for Amendment Purposes in Compliance With Order Dated February 16, 2016" (ECF No. 6) filed March 10, 2016, which the court construes as a motion to file an amended pleading.   The motion is GRANTED and the clerk of the court is directed to file the Complaint (ECF No. 6-1) tendered with the motion.

Dated:   March 23, 2016